UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| JEREMIAH MYERS, and CLARISSA MYERS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:18-CV-039 |
| ) | |
| AJ CUNNINGHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Due to conflicts with the Court's criminal docket, and in light of the pending motion for summary judgment [doc. 62] and motion to strike [doc. 75], this case cannot be tried on the existing trial date. It is therefore **ORDERED** that this civil action is **RESET FOR TRIAL** on **Tuesday, April 28, 2020, at 9:00 a.m. in Greeneville**. The final pretrial conference is **RESET** to **Wednesday, April 8, 2020 at 1:30 p.m. in Greeneville**. The scheduling order remains in effect, and all pretrial deadlines contained in that order that were pending as of the entry of this order are continued to conform to the new trial date.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE