UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                           )
                                 )
CASE REASSIGNMENTS               )

Pursuant to 28 U.S.C. § 137, the following civil actions are hereby **REASSIGNED** from the Honorable W. Thomas Phillips, United States District Senior Judge, to the Honorable David M. Lawson, United States District Judge:

3:18-cv-17 – Underwood v. Dynamic Security, Inc., et. al.

3:18-cv-80 – Central Transport, LLC v. Thermofluid Technologies, Inc.

3:18-cv-278 – Dunlap v. Sevier County, Tennessee, et. al.

3:19-cv-13 – Battles, Inc. v. Nationwide General Insurance Company

3:19-cv-60 – Thornton v. Edwards, et. al.

3:19-cv-74 – Moore v. Knox County, et. al.

4:18-cv-39 – Myers, et. al. v. Cunningham, et.al.

3:17-cv-242 – Babb v. Maryville Anesthesiologists, P.C., et. al.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**