# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT WINCHESTER

| | |
|---|---|
| JEREMIAH MYERS AND CLARISSA MYERS ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | Case No. 4:18-CV-00039-TWP-SKL |
| A.J. CUNNINGHAM; CHARLIE WILDER, Individually and as Police Chief for Tracy City, Tennessee; and TRACY CITY, TENNESSEE ) ) ) ) ) ) ) | Phillips/Lee<br>JURY DEMAND |
| Defendants ) | |

## NOTICE OF LEAVE

Comes now W. Gerald Tidwell, attorney for defendants A.J. Cunningham and Charlie Wilder, and gives notices to the court, court clerks and all attorneys of record in this matter that he will be unavailable from February 17, 2020, until and through February 25, 2020. If any party or their counsel have objections, please direct them to counsel.

Respectfully submitted this 3rd day of February 2020.

TIDWELL AND ASSOCIATES

*/s/W. Gerald Tidwell, Jr.*
**W. Gerald Tidwell, Jr., BPR#10136**
P. O. Box 4369
Chattanooga, TN 37405
Phone: (423) 602-7511
Fax: (423) 602-7515
***Attorney for Defendant Bo Brewer***
wgt@tidwellandassociates.com