# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| JEREMIAH MYERS and <br> CLARISSA MYERS, <br><br> Plaintiffs, <br><br> vs. <br><br> AJ CUNNINGHAM, CHARLIE WILDER, <br> and TRACY CITY, TENNESSEE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:18-cv-00039-TWP-SKL <br> ) JURY DEMAND <br> ) <br> ) <br> ) <br> ) |

## SECOND AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30, of the Federal Rules of Civil Procedure, the Plaintiffs will, on **March 9, 2020,** take the deposition of **Tina M. Prater**. A simultaneous stenographic record will be made by a court reporter who is also a notary public. A video record will also be made.

The deposition will commence at **10:00 a.m.**, Grundy County, Tennessee, time and may continue from day to day until completed. However, the deposition may be adjourned and rescheduled.

The deposition will be taken at the offices of Grundy County Attorney, William Rieder, **214 N.E. Atlantic Street, Tullahoma, Tennessee 37388**. The deposition is to be taken pursuant to the Federal Rules of Civil Procedure, and may be used for any purpose permitted under the Rules.

Respectfully Submitted,

MOSELEY & MOSELEY
ATTORNEYS AT LAW


BY: /s/ James Bryan Moseley
      James Bryan Moseley, No. 021236
Attorneys for Plaintiffs
237 Castlewood, Suite D
Murfreesboro, Tennessee 37129
615/ 254-0140
Fax: 615/ 244-2270

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record by electronic mail via the Court's electronic filing system or through alternate means for anyone not a part of the electronic filings in this case:

Mark E. McGrady, Esq.
211 7th Avenue, North, Suite 500
Nashville, TN 37219
*Attorney for Defendants Cunningham and Wilder*

W Gerald Tidwell, Jr., Esq.
P. O. Box 4369
Chattanooga, TN 37405
*Attorney for Defendants Cunningham and Wilder*

Dan R. Pilkington, Esq.
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, TN 37901
*Attorney for Tracy City, Tennessee*

on this 4th day of March, 2020.

        /s/ James Bryan Moseley
        James Bryan Moseley

Copy to:    Luke A. Evans, Esq.
             William Rieder, Esq.