# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| JEREMIAH MYERS and<br>CLARISSA MYERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AJ CUNNINGHAM, CHARLIE WILDER,<br>and TRACY CITY, TENNESSEE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:18-cv-00039-JEL-SKL<br>)   JURY DEMAND<br>)<br>)<br>)<br>)<br>) |

## SECOND STIPULATED ORDER
(Rescheduling Deposition of Tina Prater)

This matter came on for hearing before the Honorable Judith E. Levy, United States District Judge sitting by Special Designation in the Eastern District of Tennessee on April 17, 2020. During a telephonic hearing, the Court heard from the parties regarding the rescheduling of Ms. Prater's deposition which had been scheduled for this date prior to the health emergency caused by the coronavirus. Due to the ongoing health emergency the parties were requesting the deposition be postponed and the scheduling order extended to permit the taking of Ms. Prater's deposition either by video means as requested by the Plaintiffs or in-person as requested by the Defendants. Also present for the conference call were Tina Prater and Defendant Charlie Wilder. Ms. Prater also indicated that due to the ongoing health emergency she was having difficulty finding an attorney. Based on the argument of counsel, statement of Ms. Prater, the stipulation of the parties, and the entire record, the Court grants the request for a continuance of Ms. Prater's deposition as follows:

**IT IS, THEREFORE, ORDERED** that the deposition of Ms. Prater shall be continued to June 30, 2020, at 10:00 a.m. (Eastern Time). It is presumed that this deposition will be

conducted through video conferencing means. However, any party may file a motion with the Court requesting that the deposition be held in person should the ongoing health emergency permit an in-person deposition.

**IT IS FURTHER ORDERED** that the scheduling order is hereby amended and extended to the extent necessary to complete this deposition.

**IT IS FURTHER ORDERED** that Ms. Prater is required to attend this deposition whether or not she is able to obtain counsel or chooses not to have counsel present during the deposition.

**IT IS FURTHER ORDERED** that should Ms. Prater fail to appear at the deposition, the Court will hold a hearing, at which Ms. Prater must show good cause for failing to appear or be at risk of being held in contempt.

**IT IS FURTHER ORDERED** that the Parties shall serve a copy of the Order on Ms. Prater at the address provided to the parties by her during the conference call.

_____
United States District Judge
Sitting by Special Designation

APPROVED FOR ENTRY,

**MOSELEY & MOSELEY**
**ATTORNEYS AT LAW**

BY:  /s/ James Bryan Moseley
          James Bryan Moseley,    No. 021236
*Attorneys for Plaintiffs*
237 Castlewood Drive, Suite D
Murfreesboro, Tennessee 37129


**WATSON, ROACH, BATSON,**
**ROWELL & LAUDERBACK, P.L.C.**

By: /s/Dan R. Pilkington
          Dan R. Pilkington,    No. 024660
*Attorney for Defendant Tracy City*
P.O. Box 131
Knoxville, Tennessee 37901-0131


**FARRAR & BATES, LLP**

By:  /s/ Mark E. McGrady
          Mark E. McGrady,    No. 030026
*Attorney for Defendants, AJ Cunningham and Charlie Wilder*
211 7th Ave. North, Ste. 500
Nashville, TN 37219


**TIDWELL & ASSOCIATES**

By:  /s/ W. Gerald Tidwell
          W. Gerald Tidwell, Jr.,    No. 010136
*Attorney for Defendants, AJ Cunningham and Charlie Wilder*
P.O. Box 4369
Chattanooga, TN 37405

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record by electronic mail via the Court's electronic filing system or through alternate means for anyone not a part of the electronic filings in this case:

Mark E. McGrady, Esq.
211 7th Avenue, North, Suite 500
Nashville, TN 37219
*Attorney for Defendants Cunningham and Wilder*

Dan R. Pilkington, Esq.
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, TN 37901
*Attorney for Tracy City, Tennessee*

W. Gerald Tidwell, Jr , Esq.
P. O. Box 4369
Chattanooga, TN 37405
*Attorney for Defendants Cunningham and Wilder*

on this 20th day of April, 2020.

                                        /s/ James Bryan Moseley
                                        James Bryan Moseley

Copy to:    Tina Prater
                 Luke Evans, Esq.