# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| Jeremiah Myers and Clarissa Myers | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:18-cv-00039 |
| A.J. Cunningham, Charlie Wilder and Tracy City, TN | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Indiana Department of Correction, Records Keeper
COAOffenderRecordRequest@idoc.in.gov

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Complete file on Christopher Allan Yokley, DOB 1/69, SS#411-35-XXXX, Possible DOC #882510. Please see Attachment A for additional details.

| Place: Tidwell and Associates, 1810 McCallie Avenue Chattanoga, TN 37404 OR email to dianne@tidwellandassociates.com | Date and Time: 06/29/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6/9/20

CLERK OF COURT

OR _____
Signature of Clerk or Deputy Clerk          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* A.J. Cunningham and Charlie Wilder, who issues or requests this subpoena, are:

W. Gerald Tidwell, 1810 McCallie Ave., Chattaooga, TN 37404, T: 423-602-7511, wgt@tidwellandassociates.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT A TO SUBPOENA FOR CHRISTOPHER A. YOKLEY IDOC FILE

Counsel for Cunningham and Wilder is requesting a complete copy of the Indianna Department of Corrections ("IDOC") file on Christopher Allan Yokley ("Yokley") maintained by that agency. This request is intended but not limited to the following:

1. Medical or Psychological records gathered or generated by the IDOC regarding Yokley during his incarceration.
2. Disciplinary records generated by the IDOC regarding Yokley during his incarceration.
3. Correspondence or email relating to Yokley by staff at IDOC generated during his incarceration.
4. Copies of any correspondence sent to Yokley that is maintained by IDOC that was delivered to any IDOC facility during his incarceration intended for him.
5. A copy of Yokley's criminal records from any state and the federal government that is in his file at IDOC.
6. Any family or social history developed by received by IDOC during his incarceration.
7. Any information about gang affiliation regarding Yokley contained in his file at IDOC.
8. Any educational records regarding Yokley contained in his IDOC file including what education he pursued while incarcerated.
9. Any employment records regarding Yokley contained in his IDOC file including his work or employment while incarcerated.
10. Any audio recordings of Yokley during any disciplinary hearing, phone calls or in person visits made by IDOC staff while he was incarcerated.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:18-cv-00039

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _Indiana Department of Corrections_
on *(date)* _6/9/20_ .

☒ I served the subpoena by delivering a copy to the named person as follows: _Via electronic mail_

on *(date)* _6/9/20_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _6/10/20_

_____
Server's signature

_Dianne Blankenbaker, Paralegal_
Printed name and title

_1810 McCallie Ave, Chattanooga, TN 37404_
Server's address

Additional information regarding attempted service, etc.: