UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

Jeremiah Myers and Clarissa
Myers,

          Plaintiffs,     Case No. 18-00039

v.                                    Judith E. Levy
                                    United States District Judge

AJ Cunningham, Charlie Wilder,
and the city of Tracy City,        Mag. Judge Susan K. Lee
Tennessee,

          Defendants.

_____/

## OPINION AND ORDER GRANTING JOINT MOTION TO CONTINUE AND COMPLETE DEPOSITION [122]

On April 24, 2020, the Court entered a stipulated order setting Ms. Tina Prater's deposition date for June 30, 2020. (ECF No. 114). On June 9, 2020, the Court granted the parties' joint motion for reconsideration to allow the deposition to occur in person on the condition that the parties take certain precautionary measures because of the ongoing COVID-19 pandemic. (ECF No. 118.) On July 14, 2020, the parties filed a joint motion to continue and complete the deposition of Ms. Prater in person

1

on July 22, 2020, subject to the same precautionary measures. The Court GRANTS the parties' motion.

IT IS SO ORDERED.

Dated: July 17, 2020             s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                           United States District Judge