# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Jeremiah Myers and Clarissa Myers <br> *Plaintiff* <br> v. <br> A.J. Cunningham, Charlie Wilder and Tracy City, TN <br> *Defendant* | Civil Action No. 4:18-cv-00039 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ATTN: Custodian of Records/HR, Flexible Staffing
FAX: 847-960-1241

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all records pertaining to the employment of Tina Marie Prater (a.k.a. Tina Campbell and Tina Lineberry), D.O.B. January 1, 1973 or 1972, SSN 412-13-XXXX.

| Place: Tidwell and Associates, 1810 McCallie Avenue Chattanoga, TN 37404 OR email to dianne@tidwellandassociates.com | Date and Time: <br> 07/31/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT

_____    OR    _____
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* A.J. Cunningham and Charlie Wilder, who issues or requests this subpoena, are:

W. Gerald Tidwell, 1810 McCallie Ave., Chattaooga, TN 37404, T: 423-602-7511, wgt@tidwellandassociates.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 4:18-cv-00039

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Flexible Staffing on *(date)* 7/20/20 .

☐ I served the subpoena by delivering a copy to the named person as follows: Via USPS postage prepaid and faxed

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/21/20

*Server's signature*

Branden Layne
*Printed name and title*

1810 McCallie Ave. Chattanooga, TN 37404
*Server's address*

Additional information regarding attempted service, etc.: